2013–0513. In re Ohio Edison Co., Cleveland Elec. Illum. Co., and Toledo Edison Co. for Auth. to Provide for a Std. Serv. Offer Pursuant to R.C. 4928.143, in the Form of an Elec. Security Plan.

Public Utilities Commission of Ohio, No. 12–1230–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion of Ohio Edison Company, the Cleveland Electric Illuminating Company, and the Toledo Edison Company for leave to intervene as appellees, it is ordered by the court that the motion is granted.

## CASE ANNOUNCEMENTS

*May 3, 2013*

[Cite as *05/03/2013 Case Announcements*, 2013-Ohio-1814.]

## MOTION AND PROCEDURAL RULINGS